Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17–28135–VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Louisette Pierre
    1151 Passaic Avenue
    Linden, NJ 07036–2058

Social Security No.:
    xxx–xx–9267

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 5, 2017.

On 8/30/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              October 4, 2018
Time:            10:00 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 31, 2018
JAN: lc

                                                                          Jeanne Naughton
                                                                           Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                         Case No. 17-28135-VFP
Louisette Pierre                                                               Chapter 13
           Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2               Date Rcvd: Aug 31, 2018
                              Form ID: 185                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db             Louisette Pierre,    1151 Passaic Avenue,    Linden, NJ 07036-2058
aty           +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,     Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517053284     +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
517053285     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517053289     +Department of Treasury,    Division of Taxation,    P O Box 288,    Trenton, NJ 08695-0288
517053292     +IC System,   Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,     St. Paul, MN 55164-0378
517053294     +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517053295     +Knuckles, Komosinski & Manfro, LLP,    Attn: Louis A Leithan, Esq.,     50 Tice Blvd,    Suite 183,
                Woodcliff Lake, NJ 07677-7681
517053299     +Linden Medical Associates,    540 S Wood Ave,    Linden, NJ 07036-3232
517053301    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     Nationstar Mortgage Attn: Bankruptcy,
                350 Highland Dr,    Lewisville, TX 75067)
517053302      Office of Forclosure,    Hughes Justice Complex,    25 Market Street,    PO Box 971,
                Trenton, NJ 08625-0971
517053303     +Remex Inc,   307 Wall Street,    Princeton, NJ 08540-1515
517053308     +State of New Jersey,    Division of Taxation,    PO Box 222,    Trenton, NJ 08602-0222
517136079     +U.S. Bank National Association, as Trustee,     PO Box 619096,    Dallas, TX 75261-9096
517053311     +US Bank National Association,    c/o Phelan, Hallinan & Schmieg, LLC,     400 Fellowship Road,
                Suite 100,    Mount Laurel, NJ 08054-3437
517053309     +Union County Sheriff’s Office,    FORECLOSURE UNIT 1st Floor,     10 Elizabethtown Plaza,
                Elizabeth, NJ 07202-3451
517053310     +Union County Sheriff’s Office (Class 2),    Attn: Ralph G. Froehlich, Sheriff,
                10 Elizabethtown Plaza 1st Floor,    Elizabeth, NJ 07202-3451
517053312      William S Winters Esq.,    199 NJ 18,    East Brunswick, NJ 08816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2018 23:04:31       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2018 23:04:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517053280      E-mail/Text: ebn@americollect.com Aug 31 2018 23:04:42       Americollect Inc,    Attn: Bankruptcy,
                Po Box 1566,    Manitowoc, WI 54221
517053287     +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 31 2018 23:05:56
                Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
517053288     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2018 23:07:28       Capital One,
                Po Box 30253,    Salt Lake City, UT 84130-0253
517053290     +E-mail/Text: bankruptcynotices@dcicollect.com Aug 31 2018 23:05:16       Diversified Consultant,
                Dci,   Po Box 551268,    Jacksonville, FL 32255-1268
517053291     +E-mail/Text: bknotice@ercbpo.com Aug 31 2018 23:04:38       Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517053293     +E-mail/Text: cio.bncmail@irs.gov Aug 31 2018 23:04:00       Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
517053300     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 31 2018 23:04:26       Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517053305     +E-mail/Text: bankruptcy@senexco.com Aug 31 2018 23:03:43       Senex Services Corp,
                333 Founds Rd,    Indianapolis, IN 46268
517053304     +E-mail/Text: bankruptcy@savit.com Aug 31 2018 23:05:44       Sa-vit Enterprises,    46 W Ferris St,
                East Brunswick, NJ 08816-2159
517053307     +E-mail/Text: clientservices@simonsagency.com Aug 31 2018 23:05:29       Simons Agency Inc,
                4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517067791     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2018 23:18:36       T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517160911     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2018 23:19:01       Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517053283*   ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect Inc,     Attn: Bankruptcy,    Po Box 1566,
                Manitowoc, WI 54221)
517053281*   ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect Inc,     Attn: Bankruptcy,    Po Box 1566,
                Manitowoc, WI 54221)
517053282*   ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect Inc,     Attn: Bankruptcy,    Po Box 1566,
                Manitowoc, WI 54221)
517053286*    +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
```

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: Aug 31, 2018
                              Form ID: 185              Total Noticed: 34

            ***** BYPASSED RECIPIENTS (continued) *****
517053297*     +Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
517053298*     +Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
517053306*    ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
               (address filed with court:   Senex Services Corp,    333 Founds Rd,    Indianapolis, IN 46268)
517053296    ##+Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
                                                                                  TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for  U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND
               RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, S cmecf@sternlav.com
              John M. Esposito    on behalf of Debtor Louisette  Pierre john@lawjme.com,
               r54015@notify.bestcase.com;art@lawjme.com
              Kevin M. Buttery    on behalf of Creditor    US Bank National Association bkyefile@rasflaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Sindi  Mncina    on behalf of Creditor    US Bank National Association smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```