

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg    MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 5, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   LOUISETTE PIERRE | Case No.:  17-28135<br><br>Hearing Date:  11/01/2018<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 5, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s):  LOUISETTE PIERRE

Case No.:  17-28135VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/01/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/1/2018 of the plan filed on 08/30/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/01/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.