UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Louisette Pierre

Case No.: 17-28135-VFP

Chapter: 7

Judge: Vincent F. Papalia

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: John M. Esposito

This will confirm that on December 6, 2018 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I and J,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: December 7, 2018        Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Louisette Pierre  
     Debtor

Case No. 17-28135-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db        Louisette Pierre,    1151 Passaic Avenue,    Linden, NJ   07036-2058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:

      Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for  U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, S cmecf@sternlav.com  
      John M. Esposito    on behalf of Debtor Louisette  Pierre john@lawjme.com, r54015@notify.bestcase.com;art@lawjme.com  
      Kevin M. Buttery    on behalf of Creditor    US Bank National Association bkyefile@rasflaw.com  
      Marie-Ann Greenberg     magecf@magtrustee.com  
      Sindi  Mncina    on behalf of Creditor    US Bank National Association smncina@rascrane.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                            TOTAL: 8