Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−28135−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Louisette Pierre
1151 Passaic Avenue
Linden, NJ 07036−2058

Social Security No.:
xxx−xx−9267

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 09/18/2017 and a confirmation hearing on such Plan has been scheduled for 11/16/2017.

The debtor filed a Modified Plan on 12/07/2018 and a confirmation hearing on the Modified Plan is scheduled for 1/17/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 10, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 17-28135-VFP
Louisette Pierre                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: 186               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db              Louisette Pierre,    1151 Passaic Avenue,    Linden, NJ 07036-2058
aty            +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517053284      +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
517053285      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517053289      +Department of Treasury,    Division of Taxation,    P O Box 288,    Trenton, NJ 08695-0288
517053292      +IC System,    Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
517053294      +KML Law Group, P.C,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517053295      +Knuckles, Komosinski & Manfro, LLP,    Attn: Louis A Leithan, Esq.,    50 Tice Blvd,    Suite 183,
                 Woodcliff Lake, NJ 07677-7681
517053299      +Linden Medical Associates,    540 S Wood Ave,    Linden, NJ 07036-3232
517053301     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    Nationstar Mortgage Attn: Bankruptcy,
                 350 Highland Dr,    Lewisville, TX 75067)
517053302       Office of Foreclosure,    Hughes Justice Complex,    25 Market Street,    PO Box 971,
                 Trenton, NJ 08625-0971
517053303      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517053308      +State of New Jersey,    Division of Taxation,    PO Box 222,    Trenton, NJ 08602-0222
517136079      +U.S. Bank National Association, as Trustee,    PO Box 619096,    Dallas, TX 75261-9096
517053311      +US Bank National Association,    c/o Phelan, Hallinan & Schmieg, LLC,    400 Fellowship Road,
                 Suite 100,    Mount Laurel, NJ 08054-3437
517053309      +Union County Sheriff's Office,    FORECLOSURE UNIT 1st Floor,    10 Elizabethtown Plaza,
                 Elizabeth, NJ 07202-3451
517053310      +Union County Sheriff's Office (Class 2),    Attn: Ralph G. Froehlich, Sheriff,
                 10 Elizabethtown Plaza 1st Floor,    Elizabeth, NJ 07202-3451
517053312       William S Winters Esq.,    199 NJ 18,    East Brunswick, NJ 08816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2018 00:06:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 00:06:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517053280       E-mail/Text: ebn@americollect.com Dec 11 2018 00:07:08      Americollect Inc,    Attn: Bankruptcy,
                 Po Box 1566,    Manitowoc, WI 54221
517053287      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 11 2018 00:08:13
                 Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
517053288      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2018 00:16:04      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
517053290      +E-mail/Text: bankruptcynotices@dcicollect.com Dec 11 2018 00:07:35      Diversified Consultant,
                 Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
517053291      +E-mail/Text: bknotice@ercbpo.com Dec 11 2018 00:07:04      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517053293      +E-mail/Text: cio.bncmail@irs.gov Dec 11 2018 00:06:17      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517053300      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 11 2018 00:06:53      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517053305      +E-mail/Text: bankruptcy@senexco.com Dec 11 2018 00:06:05      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
517053304      +E-mail/Text: bankruptcy@savit.com Dec 11 2018 00:07:57      Sa-vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517053307      +E-mail/Text: clientservices@simonsagency.com Dec 11 2018 00:07:47      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517067791      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 11 2018 00:16:13      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517160911      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 11 2018 00:16:13      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517053283*    ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc,    Attn: Bankruptcy,    Po Box 1566,
                 Manitowoc, WI 54221)
517053281*    ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc,    Attn: Bankruptcy,    Po Box 1566,
                 Manitowoc, WI 54221)
517053282*    ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc,    Attn: Bankruptcy,    Po Box 1566,
                 Manitowoc, WI 54221)
517053286*     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517053297*     +Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 10, 2018
                              Form ID: 186             Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****
517053298*      +Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
517053306*     ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
                 (address filed with court:   Senex Services Corp,    333 Founds Rd,   Indianapolis, IN 46268)
517053296     ##+Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
                                                                                   TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-BC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for   U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND
               RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, S cmecf@sternlav.com
              John M. Esposito    on behalf of Debtor Louisette  Pierre john@lawjme.com,
               r54015@notify.bestcase.com;art@lawjme.com
              Kevin M. Buttery    on behalf of Creditor    US Bank National Association bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Sindi  Mncina    on behalf of Creditor    US Bank National Association smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```