```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
―――――――――――――――――――――――――――――
Caption in Compliance with D.N.J. LBR 9004-1(b)
JOHN M. ESPOSITO, ESQ. JE 1072
870 Pompton Avenue Ste A2
Cedar Grove, NJ 07009
(973) 857-7100
Attorney for Debtor



In Re:

LOUISETTE PIERRE,


Debtor
```

Order Filed on January 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        __17-28135__

Chapter:              13

Judge:          __Papalia__

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 25, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that JOHN M. ESPOSITO, ESQ., the applicant, is allowed a fee of $_____ for services rendered and expenses in the amount of $ $9,798.72_____ for a total of $\_8.46_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*