Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−28135−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Louisette Pierre
    1151 Passaic Avenue
    Linden, NJ 07036−2058

Social Security No.:
    xxx−xx−9267

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/1/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 1, 2019
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28135-VFP
Louisette Pierre                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: May 01, 2019
                             Form ID: 148              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db              Louisette Pierre,    1151 Passaic Avenue,    Linden, NJ   07036-2058
aty            +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517053284      +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
517053285      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517053289      +Department of Treasury,    Division of Taxation,    P O Box 288,    Trenton, NJ 08695-0288
517053294      +KML Law Group, P.C,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517053295      +Knuckles, Komosinski & Manfro, LLP,    Attn: Louis A Leithan, Esq.,    50 Tice Blvd,  Suite 183,
                Woodcliff Lake, NJ 07677-7681
517053299      +Linden Medical Associates,    540 S Wood Ave,    Linden, NJ 07036-3232
517053301      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    Nationstar Mortgage Attn: Bankruptcy,
                350 Highland Dr,    Lewisville, TX 75067)
517053302       Office of Forclosure,    Hughes Justice Complex,    25 Market Street,    PO Box 971,
                Trenton, NJ 08625-0971
517053303      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517053308      +State of New Jersey,    Division of Taxation,    PO Box 222,    Trenton, NJ 08602-0222
517136079      +U.S. Bank National Association, as Trustee,    PO Box 619096,    Dallas, TX 75261-9096
517053311      +US Bank National Association,    c/o Phelan, Hallinan & Schmieg, LLC,    400 Fellowship Road,
                Suite 100,    Mount Laurel, NJ 08054-3437
517053309      +Union County Sheriff's Office,    FORECLOSURE UNIT 1st Floor,    10 Elizabethtown Plaza,
                Elizabeth, NJ 07202-3451
517053310      +Union County Sheriff's Office (Class 2),    Attn: Ralph G. Froehlich, Sheriff,
                10 Elizabethtown Plaza 1st Floor,    Elizabeth, NJ 07202-3451
517053312       William S Winters Esq.,    199 NJ 18,    East Brunswick, NJ 08816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 01:24:31    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:28    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517053280       E-mail/Text: ebn@americollect.com May 02 2019 01:24:41    Americollect Inc,    Attn: Bankruptcy,
                Po Box 1566,    Manitowoc, WI 54221
517053287      +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 02 2019 01:25:43
                Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
517053288      +EDI: CAPITALONE.COM May 02 2019 04:58:00    Capital One,    Po Box 30253,
                Salt Lake City, UT 84130-0253
517053290      +EDI: DCI.COM May 02 2019 04:58:00    Diversified Consultant,    Dci,    Po Box 551268,
                Jacksonville, FL 32255-1268
517053291      +E-mail/Text: bknotice@ercbpo.com May 02 2019 01:24:39    Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517053292      +EDI: IIC9.COM May 02 2019 04:58:00    IC System,    Attn: Bankruptcy,
                444 Highway 96 East: Po Box 64378,    St. Paul, MN 55164-0378
517053293      +EDI: IRS.COM May 02 2019 04:58:00    Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
517053300      +EDI: MID8.COM May 02 2019 04:58:00    Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
517053305      +E-mail/Text: bankruptcy@senexco.com May 02 2019 01:23:31    Senex Services Corp,
                333 Founds Rd,    Indianapolis, IN 46268
517053304      +E-mail/Text: bankruptcy@savit.com May 02 2019 01:25:32    Sa-vit Enterprises,    46 W Ferris St,
                East Brunswick, NJ 08816-2159
517053307      +E-mail/Text: clientservices@simonsagency.com May 02 2019 01:25:17    Simons Agency Inc,
                4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517067791      +EDI: AIS.COM May 02 2019 04:58:00    T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517160911      +EDI: AIS.COM May 02 2019 04:58:00    Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517053283*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc,    Attn: Bankruptcy,    Po Box 1566,
                Manitowoc, WI 54221)
517053281*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc,    Attn: Bankruptcy,    Po Box 1566,
                Manitowoc, WI 54221)
517053282*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc,    Attn: Bankruptcy,    Po Box 1566,
                Manitowoc, WI 54221)

```
District/off: 0312-2           User: admin              Page 2 of 2           Date Rcvd: May 01, 2019
                               Form ID: 148             Total Noticed: 34
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
517053286*     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517053297*     +Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
517053298*     +Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
517053306*    ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
               (address filed with court:  Senex Services Corp,    333 Founds Rd,    Indianapolis, IN 46268)
517053296     ##+Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
                                                                          TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
```
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
           SERIES 2007-BC1 cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
           SERIES 2007-BC1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for  U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND
           RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, S cmecf@sternlav.com
          John M. Esposito    on behalf of Debtor Louisette  Pierre john@lawjme.com,
           r54015@notify.bestcase.com;art@lawjme.com
          Kevin M. Buttery    on behalf of Creditor    US Bank National Association bkyefile@rasflaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Sindi  Mncina    on behalf of Creditor    US Bank National Association smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8
```